*Martha Bradstreet* v. *Rensselaer Schuyler et al.* J. F. SEYMOUR, for appellants; L. H. PALMER, for respondents. Order overruling plea affirmed with costs, and proceedings remitted. Defendants to have same time to answer as they had at the time of appealing.

*Charles Bradley* v. *Edmond Bosley, Jun.* D. H. CHANDLER, for appellant; J. B. SKINNER and O. HASTINGS, for respondent. Decree appealed from reversed with costs; and a decree directed to be entered declaring that the complainant has an equitable lien upon the Le Roy farm for the amount of the difference in value between the Illinois lot and what it would have been if defendant's representations had been true; together with interest; and directing payment of that amount with the costs of this suit, and if the same is not paid within thirty days, the land be sold by a master, &c.

*Frederick J. Barnard et al* v. *Charles A. Darling.* O. ALLEN, for complainants; C. P. COLLIER, for defendant.— Application to take the bill from the files, or to dismiss it, and to dissolve injunction, denied with costs.